Gary A. Nye, Esq. (SBN 126104)
gan@rpnalaw.com
David R. Ginsburg, Esq. (SBN 210900)
drg@rpnalaw.com
**ROXBOROUGH, POMERANCE, NYE & ADREANI LLP**
5820 Canoga Avenue, Suite 250
Woodland Hills, California 91367
Telephone: (818) 992-9999
Facsimile: (818) 992-9991

Attorneys for Plaintiffs,
INTERNATIONAL FIDELITY INSURANCE COMPANY,
ALLEGHENY CASUALTY COMPANY
and AIA HOLDINGS, INC.

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL FIDELITY INSURANCE COMPANY, a New Jersey corporation, ALLEGHENY CASUALTY COMPANY, a Pennsylvania corporation, and AIA HOLDINGS, INC., a Delaware corporation,<br><br>          Plaintiffs,<br>vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, JANET NAPOLITANO, in her capacity as SECRETARY OF UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>          Defendants. | CASE NO. CV 09-7012-JFW (FFMx)<br><br>**ORDER REGARDING STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

The stipulation of dismissal without prejudice, filed on March 19, 2010, is accepted and made the order of the Court.  The above-captioned action is hereby dismissed, without prejudice, pursuant to *Fed. R. Civ. P*. 41(a)(1), each party to bear its own costs and attorneys' fees.

DATED:     March 23, 2010                    _____
                                                                   HONORABLE JOHN F. WALTER
                                                                   United States District Judge